# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| In re: KIES, DONALD E, SR. § | Case No. 10-03672 |
| KIES, LAURA A § | |
| § | |
| Debtor(s) § | |

## NOTICE OF TRUSTEE'S FINAL REPORT AND
## APPLICATIONS FOR COMPENSATION
## AND DEADLINE TO OBJECT (NFR)

Pursuant to Fed. R. Bankr. P.2002(a)(6) and 2002(f)(8), please take notice that MICHAEL G. BERLAND_____, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:
219 S. Dearborn
Chicago, IL

Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 20 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at 09:15am on 08/19/2011 in Courtroom 201, United States Courthouse, Will County Court Annex Building
57 N. Otttawa Street, Suite 201
Joliet, IL .
If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

**UST Form 101-7-NFR (10/1/2010)**

Date Mailed: 07/01/2011          By:  /s/ Michael G. Berland
                                              Trustee

MICHAEL G. BERLAND
1 NORTH LASALLE STREET
STE 1775
CHICAGO, IL 60602
(312) 855-1272

**UST Form 101-7-NFR (10/1/2010)**

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| In re: KIES, DONALD E, SR.<br>KIES, LAURA A<br><br>Debtor(s) | § Case No. 10-03672<br>§<br>§<br>§ |

## SUMMARY OF TRUSTEE'S FINAL REPORT
## AND APPLICATIONS FOR COMPENSATION

| | | |
|---|---|---|
| *The Final Report shows receipts of* | $ | 73,524.43 |
| *and approved disbursements of* | $ | 13,600.48 |
| *leaving a balance on hand of* [1] | $ | 59,923.95 |
| **Balance on hand:** | $ | 59,923.95 |

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|---|
| None | | | | | |

| | | |
|---|---|---|
| Total to be paid to secured creditors: | $ | 0.00 |
| Remaining balance: | $ | 59,923.95 |

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee, Fees - MICHAEL G. BERLAND | 5,963.66 | 0.00 | 5,963.66 |
| Trustee, Expenses - MICHAEL G. BERLAND | 95.80 | 0.00 | 95.80 |

| | | |
|---|---|---|
| Total to be paid for chapter 7 administration expenses: | $ | 6,059.46 |
| Remaining balance: | $ | 53,864.49 |

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

UST Form 101-7-NFR (10/1/2010)

Applications for prior chapter fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| None | | | |

Total to be paid for prior chapter administrative expenses: $ 0.00
Remaining balance: $ 53,864.49

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

Total to be paid for priority claims: $ 0.00
Remaining balance: $ 53,864.49

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 34,310.68 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 100.0 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 1 | PYOD LLC iasignee of Citibank c/o resurgent Capital | 10,852.87 | 0.00 | 10,852.87 |
| 2 | PYOD LLC assignee of citibank c/o Resurgent Capital | 722.38 | 0.00 | 722.38 |
| 3 | Chase Bank USA,N.A c/o Creditors Bankruptcy Service | 754.61 | 0.00 | 754.61 |
| 4 | American Infosource Lp As Agent for Citibank (South Dakota) | 12,918.27 | 0.00 | 12,918.27 |
| 5 | Chase Bank USA, N.A. | 545.71 | 0.00 | 545.71 |
| 7 | Us Dept Of Education Attn borrowers Service Dept | 7,972.79 | 0.00 | 7,972.79 |
| 8 | GE Money Bank dba JCPENNEY CREDIT | 544.05 | 0.00 | 544.05 |

UST Form 101-7-NFR (10/1/2010)

| | | | | |
|---|---|---|---|---|
| | SERVICES | | | |

|   |   |
|---|---|
| Total to be paid for timely general unsecured claims: | $ 34,310.68 |
| Remaining balance: | $ 19,553.81 |

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

|   |   |
|---|---|
| Total to be paid for tardy general unsecured claims: | $ 0.00 |
| Remaining balance: | $ 19,553.81 |

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

|   |   |
|---|---|
| Total to be paid for subordinated claims: | $ 0.00 |
| Remaining balance: | $ 19,553.81 |

To the extent funds remain after payment in full of all allowed claims, interest will be paid at the legal rate of 0.3% pursuant to 11 U.S.C. § 726(a)(5). Funds available for interest are $150.95. The amounts proposed for payment to each claimant, listed above, shall be increased to include the applicable interest.

The amount of surplus returned to the debtor after payment of all claims and interest is $ 19,402.86.

**UST Form 101-7-NFR (10/1/2010)**

Prepared By: /s/MICHAEL G. BERLAND
Michael G Berland

MICHAEL G. BERLAND
1 NORTH LASALLE STREET
STE 1775
CHICAGO, IL  60602
(312) 855-1272

STATEMENT: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

UST Form 101-7-NFR (10/1/2010)

```
                              United States Bankruptcy Court
                               Northern District of Illinois
In re:                                                                  Case No. 10-03672-BWB
Donald E Kies                                                           Chapter 7
Laura A Kies
        Debtors                    CERTIFICATE OF NOTICE
District/off: 0752-1          User: mmyers                  Page 1 of 2                   Date Rcvd: Jul 05, 2011
                              Form ID: pdf006               Total Noticed: 75


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jul 07, 2011.
db/jdb        +Donald E Kies, Sr.,    Laura A Kies,    19422 Lisadell Drive,    Tinley Park, IL 60487-4473
aty           +Thomas W Toolis,    Jahnke, Sullivan & Toolis, LLC,    9031 West 151st Street,    Suite 203,
               Orland Park, IL 60462-6563
tr            +Michael G Berland,    1 N LaSalle St, No.1775,    Chicago, IL 60602-4065
15038673      +Adam Arend,   10301 S. McVicker,    Apt. 3,   Chicago Ridge, IL 60415-1987
15038674      +Bank Of America,    4161 Piedmont Pkwy,    Greensboro, NC 27410-8119
15038676      +Bank One/Chase,    8333 Ridgepoint Dr,    Irving, TX 75063-5812
15038675      +Bank of America,    Attn: Bankruptcy Dept NC4-105-03-14,     Po Box 26012,
               Greensboro, NC 27420-6012
15038677      +Bk Of Amer,    4161 Piedmont Pkwy,    Greensboro, NC 27410-8119
15038685     ++CHRYSLER FINANCIAL,    27777 INKSTER RD,    FARMINGTON HILLS MI 48334-5326
               (address filed with court: Chryslr Fin,      P.o. Box 9223,    Farmington Hil, MI 48333)
15038678      +Caf,   Attn: Bankruptcy,    Po Box 440609,    Kennesaw, GA 30160-9511
15038681       Chase,   P.O. Box 15298,    Wilmington, DE 19850-5298
15038680      +Chase,   800 Brooksedge Blv,    Westerville, OH 43081-2822
15038679      +Chase,   9451 Corbin Avenue,    Northridge, CA 91324-1665
15038682      +Chase Auto,    600 Community Drive,    Manhasset, NY 11030-3802
15397931       Chase Bank USA, N.A.,     PO Box 15145,    Wilmington, DE 19850-5145
15351929      +Chase Bank USA,N.A,    c/o Creditors Bankruptcy Service,     P O Box 740933,   Dallas,Tx 75374-0933
15038683      +Chase Manhattan Mortgage,     Attention: Research Dept. G7-PP,    3415 Vision Drive,
               Columbus, OH 43219-6009
15038684      +Chase-mnhtn,    Po Box 901039,    Fort Worth, TX 76101-2039
15038686      +Citi,   Po Box 6241,    Sioux Falls, SD 57117-6241
15038687      +Citibank Usa,    Attn.: Centralized Bankruptcy,    Po Box 20507,    Kansas City, MO 64195-0507
15038688      +Citizens Bank,    480 Jefferson Blvd,    Rje 135,   Warwick, RI 02886-1359
15038689     ++DELL FINANCIAL SERVICES,    P O BOX 81577,    AUSTIN TX 78708-1577
               (address filed with court: Dell Financial Services,     Attn: Bankruptcy Dept.,    12234 North Ih 35,
               Austin, TX 78753)
15038691      +First Midwest Bank,    16700 80th Ave.,    Tinley Park, IL 60477-2362
15038692      +First Midwest Bank/na,    214 Washington St,    Waukegan, IL 60085-5618
15038693      +First Midwest Mortgage,    2801 W Jefferson St,    Joliet, IL 60435-5275
15038694      +G M A C,    2740 Arthur St,   Roseville, MN 55113-1303
15038695      +Gb Algonquin,    234 S Randall Rd,    Algonquin, IL 60102-9775
15441602      +GmAC,   PO BOX 130424,    Roseville MN 55113-0004
15038698      +Grants Appl,    Po Box 94498,    Las Vegas, NV 89193-4498
15038699       Helena Sadulsk,    8546-8550 W. 103rd Street,    #201,   Palos Hills, IL 60465
15038700       Helena Sadulska,    1546-8550 W. 103rd Street,    #201,   Palos Hills, IL 60465
15038701      +Hsbc Bank,    Attn: Bankruptcy,    Po Box 5253,   Carol Stream, IL 60197-5253
15038702      +Hsbc Best Buy,    Attn: Bankruptcy,    Po Box 6985,   Bridge Water, NJ 08807-0985
15038703      +Hsbc Nv,   Po Box 5253,    Carol Stream, IL 60197-5253
15038704      +Hsbc/casml,    Pob 15521,   Wilmington, DE 19850-5521
15038706      +Hsbc/rs,   Pob 15521,    Wilmington, DE 19850-5521
15038705      +Hsbc/rs,   Attn: Bankruptcy,    Po Box 5263,    Carol Stream, IL 60197-5263
15038707      +Jason Gunderson,    10751 Oak Avenue,    Chicago Ridge, IL 60415-2124
15038708      +Joyce Carter,    14646 S. Givens,    Harvey, IL 60426-1937
15038710      +Lane Bryant Retail/soa,    450 Winks Lane,    Bensalem, PA 19020-5932
15038711       M&i Grootemaat Mtge,    14280 Doerr Way,    Cedarburg, WI 53012
15038712      +Macys/fdsb,    Macy's Bankruptcy,    Po Box 8053,   Mason, OH 45040-8053
15038713      +Marshall & Ilsley Bank,    Attn: Bankruptcy,    770 N Water St,   Milwaukee, WI 53202-3509
15038715      +NATIONAL CITY MORTGAGE,    15567 94th Ave.,    Orland Park, IL 60462-4720
15038717      +O K M C,    One Vandenberg Center,    Grand Rapids, MI 49503-2407
15342785      +PYOD LLC its successors and assigns as assignee of,     Citibank,   c/o Resurgent Capital Services,
               PO Box 19008,    Greenville, SC 29602-9008
15038719      +Robert & Karen Ebeling,    19423 Lisadell Drive,    Tinley Park, IL 60487-4482
15038720      +Scenic Tree Condo Association,    10205 S. 86th Terrace, #210,    Palos Hills, IL 60465-1370
15038722      +Sears/cbsd,    Po Box 6189,   Sioux Falls, SD 57117-6189
15038723      +Shell Oil / Citibank,    Attn.: Centralized Bankruptcy,    Po Box 20507,
               Kansas City, MO 64195-0507
15038724      +Tnb-visa,   Po Box 9475,    Minneapolis, MN 55440-9475
15038733     ++US BANK,    PO BOX 5229,   CINCINNATI OH 45201-5229
               (address filed with court: Us Bank/na Nd,     Attn: Bankruptcy Dept,    Po Box 5229,
               Cincinnati, OH 45201)
15038735      +USA One National Credit Union,    4749 Lincoln Mall Dr.,    Suite 101,   Matteson, IL 60443-3806
15038725      +United Credit Union,    4444 Pulaski Road,    Chicago, IL 60632-4011
15038727      +Unknown Tenants,    19422 Lisadell,    Tinley Park, IL 60487-4473
15038728      +Unknown Tenants,    10751 Oak Avenue,    Chicago Ridge, IL 60415-2124
15038726      +Unknown Tenants,    8546-8550 W. 103rd Street,    Palos Hills, IL 60465-1296
15038729      +Unknown Tenants,    14646 S. Givens,    Harvey, IL 60426-1937
15038731      +Unknown Tenants,    15420 Greenwood,    Dolton, IL 60419-3268
15038730      +Unknown Tenants,    15412 Greenwood,    Dolton, IL 60419-3268
15038732      +Unvl/citi,    Attn.: Centralized Bankruptcy,    Po Box 20507,    Kansas City, MO 64195-0507
15038734      +Us Dept Of Education,    Attn: Borrowers Service Dept,    Po Box 5609,   Greenville, TX 75403-5609
15364040      +Village of Dolton,    Village Clerks Office,    14014 Park Ave,   Dolton, IL 60419-1029
```

```
District/off: 0752-1              User: mmyers              Page 2 of 2              Date Rcvd: Jul 05, 2011
                                  Form ID: pdf006           Total Noticed: 75


15038736     +Visdsnb,   Bankruptcy,   6356 Corley Rd,   Norcross, GA 30071-1704
15038737     +Walter & Bertha Bochenczak,   7780 Bristol Park Drive,   Tinley Park, IL 60477-8521
15038738     +Wells Fargo,   Po Box 60510,   Los Angeles, CA 90060-0510
15038739     +Wells Fargo Hm Mortgag,   3476 Stateview Blvd,   Fort Mill, SC 29715-7200
15038740     +Wfnnb/express,   Po Box 182273,   Columbus, OH 43218-2273
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
15363401      E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Jul 05 2011 23:47:29
               American Infosource Lp As Agent for,   Citibank (South Dakota) N.A.,   PO Box 248840,
               Oklahoma City, OK   73124-8840
17161165     +E-mail/PDF: ebnnotices@ascensioncapitalgroup.com Jul 06 2011 00:17:42
               Ascension Capital Group Inc,   JP Morgan Chase Bank,   Pob 201347,   Arlington,TX 76006-1347
15672059     +E-mail/PDF: gecsedi@recoverycorp.com Jul 05 2011 23:49:39
               GE Money Bank dba JCPENNEY CREDIT SERVICES,   Care of Recovery Management Systems Corp,
               25 SE 2nd Ave Ste 1120,   Miami FL 33131-1605
15038696     +E-mail/PDF: gecsedi@recoverycorp.com Jul 05 2011 23:49:39     Gemb/jcp,   Attention: Bankruptcy,
               Po Box 103106,   Roswell, GA 30076-9106
15038709     +E-mail/PDF: cr-bankruptcy@kohls.com Jul 05 2011 23:49:52     Kohls/chase,
               N56 W 17000 Ridgewood Dr,   Menomonee Falls, WI 53051-7096
15038716     +E-mail/Text: bankrup@nicor.com Jul 05 2011 23:06:54     Nicor Gas,
               Attention: Bankruptcy Department,   1844 Ferry Road,   Naperville, IL 60563-9662
15038718     +Fax: 407-737-5634 Jul 05 2011 23:37:19     Ocwen Loan Servicing L,
               1661 Worthington Rd Suite 100,   West Palm Beach, FL 33409-6493
                                                                                              TOTAL: 7

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
15038697      George Washington Savi
15038714*    +Marshall & Ilsley Bank,   Attn Bankruptcy,   770 N. Water Street,   Milwaukee, WI 53202-3509
15038690    ##+Don Luster,   15412 Greenwood,   Dolton, IL 60419-3268
15038721    ##+Sean Howard,   15420 Greenwood,   Dolton, IL 60419-3268
                                                                                   TOTALS: 1, * 1, ## 2

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Jul 07, 2011**                    **Signature:**    *Joseph Speetjens*