**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| In re: KIES, DONALD E, SR. | § Case No. 10-03672 |
| KIES, LAURA A | § |
| | § |
| Debtor(s) | § |

**CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION**
**REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED**
**AND APPLICATION TO BE DISCHARGED (TDR)**

    MICHAEL G. BERLAND, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

    1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

    2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | |
|---|---|
| Assets Abandoned: $939,400.00 *(without deducting any secured claims)* | Assets Exempt: $13,500.00 |
| Total Distribution to Claimants: $34,477.36 | Claims Discharged Without Payment: $46,285.22 |
| Total Expenses of Administration: $19,652.79 | |

    3) Total gross receipts of $ 73,525.15 (see **Exhibit 1**), minus funds paid to the debtor and third parties of $ 19,395.00 (see **Exhibit 2**), yielded net receipts of $54,130.15 from the liquidation of the property of the estate, which was distributed as follows:

**UST Form 101-7-TDR (10/1/2010)**

| | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $1,719,270.61 | $6,276.54 | $0.00 | $0.00 |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | 0.00 | 19,652.79 | 19,652.79 | 19,652.79 |
| PRIOR CHAPTER ADMIN. FFES AND CHARGES (from**Exhibit 5**) | 0.00 | 0.00 | 0.00 | 0.00 |
| PRIORITY UNSECURED CLAIMS (from**Exhibit 6**) | 0.00 | 0.00 | 0.00 | 0.00 |
| GENERAL UNSECURED CLAIMS (from**Exhibit 7**) | 48,060.22 | 34,477.36 | 34,477.36 | 34,477.36 |
| **TOTAL DISBURSEMENTS** | $1,767,330.83 | $60,406.69 | $54,130.15 | $54,130.15 |

    4) This case was originally filed under Chapter 7 on January 29, 2010. The case was pending for 23 months.

    5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

    6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

    Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 12/24/2011     By: /s/MICHAEL G. BERLAND
                                         Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-7-TDR (10/1/2010)**

# EXHIBITS TO
# FINAL ACCOUNT

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
| 8546 W.103rd, Palos Hills, scheduled | 1110-000 | 73,500.00 |
| Interest Income | 1270-000 | 25.15 |
| **TOTAL GROSS RECEIPTS** | | **$73,525.15** |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| KIES, DONALD E, SR. | Dividend paid 100.00% on $19,395.00; Claim# SURPLUS; Filed: $19,395.00; Reference: | 8200-000 | 19,395.00 |
| **TOTAL FUNDS PAID TO DEBTOR AND THIRD PARTIES** | | | **$19,395.00** |

## EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 6 | GmAC | 4110-000 | 6,208.00 | 6,276.54 | 0.00 | 0.00 |
| NOTFILED | Chase Manhattan Mortgage | 4110-000 | 197,600.00 | N/A | N/A | 0.00 |
| NOTFILED | Bk Of Amer | 4110-000 | 296,392.00 | N/A | N/A | 0.00 |
| NOTFILED | Chase Manhattan Mortgage | 4110-000 | 215,900.00 | N/A | N/A | 0.00 |
| NOTFILED | Bank Of America | 4110-000 | 34,812.00 | N/A | N/A | 0.00 |
| NOTFILED | First Midwest Bank | 4110-000 | 42,000.00 | N/A | N/A | 0.00 |
| NOTFILED | Chase-mnhtn | 4110-000 | 117,296.00 | N/A | N/A | 0.00 |
| NOTFILED | USA One National Credit Union | 4110-000 | 5,943.61 | N/A | N/A | 0.00 |
| NOTFILED | Wells Fargo Hm Mortgag | 4110-000 | 145,780.00 | N/A | N/A | 0.00 |
| NOTFILED | Marshall & Ilsley Bank | 4110-000 | 182,599.00 | N/A | N/A | 0.00 |

**UST Form 101-7-TDR (10/1/2010)**

| | | | | | | |
|---|---|---|---|---|---|---|
| NOTFILED | NATIONAL CITY MORTGAGE | 4110-000 | 43,000.00 | N/A | N/A | 0.00 |
| NOTFILED | Bank Of America | 4110-000 | 188,935.00 | N/A | N/A | 0.00 |
| NOTFILED | Marshall & Ilsley Bank | 4110-000 | 205,252.00 | N/A | N/A | 0.00 |
| NOTFILED | Chase-mnhtn | 4110-000 | 37,553.00 | N/A | N/A | 0.00 |
| **TOTAL SECURED CLAIMS** | | | $1,719,270.61 | $6,276.54 | $0.00 | $0.00 |

## EXHIBIT 4 —CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| MICHAEL G. BERLAND | 2100-000 | N/A | 5,956.51 | 5,956.51 | 5,956.51 |
| MICHAEL G. BERLAND | 2200-000 | N/A | 95.80 | 95.80 | 95.80 |
| Ticor Title Insurance | 2820-000 | N/A | 1,055.70 | 1,055.70 | 1,055.70 |
| Ticor Title Insurance | 2820-000 | N/A | 1,396.13 | 1,396.13 | 1,396.13 |
| Ticor Title Insurance | 2500-000 | N/A | 1,060.00 | 1,060.00 | 1,060.00 |
| Ticor Title Insurance | 2500-000 | N/A | 50.00 | 50.00 | 50.00 |
| Ticor Title Insurance | 2500-000 | N/A | 25.00 | 25.00 | 25.00 |
| Ticor Title Insurance | 2500-000 | N/A | 73.50 | 73.50 | 73.50 |
| Ticor Title Insurance | 2820-000 | N/A | 36.75 | 36.75 | 36.75 |
| Ticor Title Insurance | 2500-000 | N/A | 3.00 | 3.00 | 3.00 |
| Ticor Title Insurance | 2820-000 | N/A | 2,277.29 | 2,277.29 | 2,277.29 |
| Ticor Title Insurance | 2820-000 | N/A | 1,463.95 | 1,463.95 | 1,463.95 |
| Ticor Title Insurance | 2500-000 | N/A | 1,859.16 | 1,859.16 | 1,859.16 |
| Ticor Title Insurance | 2500-000 | N/A | 125.00 | 125.00 | 125.00 |
| Ticor Title Insurance | 3510-000 | N/A | 3,675.00 | 3,675.00 | 3,675.00 |
| Gloria Longest | 3410-000 | N/A | 500.00 | 500.00 | 500.00 |
| Check Return | 3410-000 | N/A | -500.00 | -500.00 | -500.00 |
| Gloria Longest | 3410-000 | N/A | 500.00 | 500.00 | 500.00 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | N/A | 19,652.79 | 19,652.79 | 19,652.79 |

**UST Form 101-7-TDR (10/1/2010)**

**EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES**

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| | | None | | | |
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | | N/A | 0.00 | 0.00 | 0.00 |

**EXHIBIT 6 – PRIORITY UNSECURED CLAIMS**

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | | | None | | | |
| TOTAL PRIORITY UNSECURED CLAIMS | | | 0.00 | 0.00 | 0.00 | 0.00 |

**EXHIBIT 7 – GENERAL UNSECURED CLAIMS**

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 | PYOD LLC iasignee of Citibank c/o resurgent | 7100-000 | N/A | 10,852.87 | 10,852.87 | 10,852.87 |
| 1I | PYOD LLC iasignee of Citibank c/o resurgent | 7990-000 | N/A | 52.72 | 52.72 | 52.72 |
| 2 | PYOD LLC assignee of citibank c/o Resurgent | 7100-000 | N/A | 722.38 | 722.38 | 722.38 |
| 2I | PYOD LLC assignee of citibank c/o Resurgent | 7990-000 | N/A | 3.51 | 3.51 | 3.51 |
| 3 | Chase Bank USA,N.A c/o Creditors Bankruptcy Service | 7100-000 | 784.00 | 754.61 | 754.61 | 754.61 |
| 3I | Chase Bank USA,N.A c/o Creditors Bankruptcy Service | 7990-000 | 447.00 | 3.67 | 3.67 | 3.67 |
| 4 | American Infosource Lp As Agent for Citibank (South | 7100-000 | N/A | 12,918.27 | 12,918.27 | 12,918.27 |
| 4I | American Infosource Lp As Agent for Citibank (South | 7990-000 | 544.00 | 62.76 | 62.76 | 62.76 |
| 5 | Chase Bank USA, N.A. | 7100-000 | N/A | 545.71 | 545.71 | 545.71 |
| 5I | Chase Bank USA, N.A. | 7990-000 | N/A | 2.65 | 2.65 | 2.65 |
| 7 | Us Dept Of Education Attn borrowers Service Dept | 7100-000 | N/A | 7,972.79 | 7,972.79 | 7,972.79 |
| 7I | Us Dept Of Education Attn borrowers Service Dept | 7990-000 | N/A | 38.73 | 38.73 | 38.73 |
| 8 | GE Money Bank dba JCPENNEY CREDIT SERVICES | 7100-000 | N/A | 544.05 | 544.05 | 544.05 |
| 8I | GE Money Bank dba JCPENNEY CREDIT SERVICES | 7990-000 | N/A | 2.64 | 2.64 | 2.64 |
| NOTFILED | Jason Gunderson | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | Hsbc Bank | 7100-000 | 6,314.00 | N/A | N/A | 0.00 |

**UST Form 101-7-TDR (10/1/2010)**

| | | | | | | |
|---|---|---|---|---|---|---|
| NOTFILED | Grants Appl | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | Gb Algonquin | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | Gemb/jcp | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | Joyce Carter | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | Sean Howard | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | Scenic Tree Condo Association | 7100-000 | 1,550.00 | N/A | N/A | 0.00 |
| NOTFILED | Village of Dolton Village Clerk's Office | 7100-000 | 350.22 | N/A | N/A | 0.00 |
| NOTFILED | Visdsnb Bankruptcy | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | Us Dept Of Education | 7100-000 | 8,071.00 | N/A | N/A | 0.00 |
| NOTFILED | Unvl/citi | 7100-000 | 12,713.00 | N/A | N/A | 0.00 |
| NOTFILED | Shell Oil / Citibank | 7100-000 | 600.00 | N/A | N/A | 0.00 |
| NOTFILED | Tnb-visa | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | Citi | 7100-000 | 10,852.00 | N/A | N/A | 0.00 |
| NOTFILED | Bank One/Chase | 7100-000 | 5,835.00 | N/A | N/A | 0.00 |
| **TOTAL GENERAL UNSECURED CLAIMS** | | | 48,060.22 | 34,477.36 | 34,477.36 | 34,477.36 |

**UST Form 101-7-TDR (10/1/2010)**

# Form 1

## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 10-03672  
**Case Name:** KIES, DONALD E, SR.  
KIES, LAURA A  
**Period Ending:** 12/24/11

**Trustee:** (520196) MICHAEL G. BERLAND  
**Filed (f) or Converted (c):** 01/29/10 (f)  
**§341(a) Meeting Date:** 03/04/10  
**Claims Bar Date:** 06/07/10

| 1 | | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|---|
| **Asset Description** | | **Petition/** | **Estimated Net Value** | **Property** | **Sale/Funds** | **Asset Fully** |
| **(Scheduled And Unscheduled (u) Property)** | | **Unscheduled** | **(Value Determined By Trustee,** | **Abandoned** | **Received by** | **Administered (FA)/** |
| | | **Values** | **Less Liens, Exemptions,** | **OA=§554(a)** | **the Estate** | **Gross Value of** |
| Ref. # | | | **and Other Costs)** | **DA=§554(c)** | | **Remaining Assets** |
| 1 | 8546 W.103rd, Palos Hills, scheduled | 75,000.00 | 73,500.00 | | 73,500.00 | FA |
| 2 | 19422 Lisadell,Tinley Park, Illinois-scheduled | 320,000.00 | 0.00 | DA | 0.00 | FA |
| 3 | 1050D Hiawatha, Lake Delton, Wisconsin | 87,500.00 | 0.00 | DA | 0.00 | FA |
| 4 | 10751 Oak, Chicago Ridge-scheduled | 150,000.00 | 0.00 | DA | 0.00 | FA |
| 5 | 14646 Givens, Harvey, Illinois-scheduled | 50,000.00 | 0.00 | DA | 0.00 | FA |
| 6 | 15412 Greenwood, Dolton, Illinois | 150,000.00 | 0.00 | DA | 0.00 | FA |
| 7 | 15420 Greenwood, Dolton, Illinois-scheduled | 150,000.00 | 0.00 | DA | 0.00 | FA |
| 8 | Checking-First Midwest-scheduled | 100.00 | 0.00 | DA | 0.00 | FA |
| 9 | Household furniture-scheduled | 2,000.00 | 0.00 | DA | 0.00 | FA |
| 10 | Miscellenous books-scheduled | 200.00 | 0.00 | DA | 0.00 | FA |
| 11 | Clothing-scheduled | 1,000.00 | 0.00 | DA | 0.00 | FA |
| 12 | Wedding bands-scheduled | 2,000.00 | 0.00 | DA | 0.00 | FA |
| 13 | IRA-Local 134-scheduled | 3,000.00 | 0.00 | DA | 0.00 | FA |
| 14 | Annuity with Local 134-schedueld | Unknown | 0.00 | DA | 0.00 | FA |
| 15 | Delak-LLC-schedueld | Unknown | 0.00 | DA | 0.00 | FA |
| 16 | Tax refund-scheduled | 4,000.00 | 0.00 | DA | 0.00 | FA |
| 17 | 2007 Chevy Trailblazer-scheduled | 8,100.00 | 0.00 | DA | 0.00 | FA |
| 18 | 2006 Chevy Trailblazer-scheduled | 7,100.00 | 0.00 | DA | 0.00 | FA |
| 19 | 2005 Chrsyler Mini Van-scheduled | 2,300.00 | 0.00 | DA | 0.00 | FA |
| 20 | 2004 Saturn Vue-scheduled | 1,200.00 | 0.00 | DA | 0.00 | FA |
| 21 | Computers-scheduled | 900.00 | 0.00 | DA | 0.00 | FA |
| Int | INTEREST  (u) | Unknown | N/A | | 25.15 | Unknown |
| **22** | **Assets** **Totals** (Excluding unknown values) | **$1,014,400.00** | **$73,500.00** | | **$73,525.15** | **$0.00** |

**Major Activities Affecting Case Closing:**

    The Trustee hired a broker to sell property. The property was sold and tax returns were filed

Printed: 12/24/2011 11:29 AM      V.12.57

Exhibit 8

# Form 1

## Individual Estate Property Record and Report
## Asset Cases

Page: 2

**Case Number:** 10-03672  
**Case Name:** KIES, DONALD E, SR.  
KIES, LAURA A  
**Period Ending:** 12/24/11

**Trustee:** (520196)   MICHAEL G. BERLAND  
**Filed (f) or Converted (c):** 01/29/10 (f)  
**§341(a) Meeting Date:** 03/04/10  
**Claims Bar Date:** 06/07/10

| 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property)<br><br>Ref. # | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a)<br>DA=§554(c) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|

**Initial Projected Date Of Final Report (TFR):**   December 31, 2014            **Current Projected Date Of Final Report (TFR):**   December 31, 2014

Exhibit 9

# Form 2

## Cash Receipts And Disbursements Record

Page: 1

| Case Number: | 10-03672 | | Trustee: | MICHAEL G. BERLAND (520196) |
|---|---|---|---|---|
| Case Name: | KIES, DONALD E, SR. | | Bank Name: | The Bank of New York Mellon |
| | KIES, LAURA A | | Account: | 9200-******19-65 - Money Market Account |
| Taxpayer ID #: | **-***4349 | | Blanket Bond: | $5,000,000.00 (per case limit) |
| Period Ending: | 12/24/11 | | Separate Bond: | N/A |

| 1 | 2 | 3 | 4 | | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|---|
| Trans. Date | {Ref #} / Check # | Paid To / Received From | Description of Transaction | | T-Code | Receipts $ | Disbursements $ | Money Market Account Balance |
| 05/20/10 | | Ticor Title Insurance | Payment of net proceeds form real estate sale per court order | | | 60,399.52 | | 60,399.52 |
| | {1} | | Gross Sales | 73,500.00 | 1110-000 | | | 60,399.52 |
| | | | tax proration for 2010 January 1-May 18 | -1,055.70 | 2820-000 | | | 60,399.52 |
| | | | 2009 tax proration for second installment | -1,396.13 | 2820-000 | | | 60,399.52 |
| | | | Ticor title iinsurance | -1,060.00 | 2500-000 | | | 60,399.52 |
| | | | Notariarl record charge for fingerprinting for deed | -50.00 | 2500-000 | | | 60,399.52 |
| | | | Tax proceesing fee | -25.00 | 2500-000 | | | 60,399.52 |
| | | | State transfer tax | -73.50 | 2500-000 | | | 60,399.52 |
| | | | County transfer tax | -36.75 | 2820-000 | | | 60,399.52 |
| | | | State of Illinois Registration Fee | -3.00 | 2500-000 | | | 60,399.52 |
| | | | 2008 taxes-second installment | -2,277.29 | 2820-000 | | | 60,399.52 |
| | | | First insallment 2009 taxes | -1,463.95 | 2820-000 | | | 60,399.52 |
| | | | Past due assessments-Scenic Tree Management | -1,859.16 | 2500-000 | | | 60,399.52 |
| | | | Management fee-Scenic Tree Mangement | -125.00 | 2500-000 | | | 60,399.52 |
| | | | Realtor commission | -3,675.00 | 3510-000 | | | 60,399.52 |
| 06/30/10 | Int | The Bank of New York Mellon | Interest posting at 0.0700% | | 1270-000 | 3.35 | | 60,402.87 |
| 07/30/10 | Int | The Bank of New York Mellon | Interest posting at 0.0700% | | 1270-000 | 3.60 | | 60,406.47 |
| 08/31/10 | Int | The Bank of New York Mellon | Interest posting at 0.0700% | | 1270-000 | 3.58 | | 60,410.05 |
| 09/30/10 | Int | The Bank of New York Mellon | Interest posting at 0.0300% | | 1270-000 | 1.48 | | 60,411.53 |
| 10/29/10 | Int | The Bank of New York Mellon | Interest posting at 0.0300% | | 1270-000 | 1.53 | | 60,413.06 |
| 11/18/10 | 1001 | Gloria Longest | Payment of accountant for preparation of tax returns per court order | | 3410-000 | | 500.00 | 59,913.06 |
| 11/30/10 | Int | The Bank of New York Mellon | Interest posting at 0.0300% | | 1270-000 | 1.48 | | 59,914.54 |
| 12/02/10 | | Check Return | Check #1001, New check to be issued | | 3410-000 | | -500.00 | 60,414.54 |
| 12/03/10 | 1002 | Gloria Longest | Payment of accountant for preparation of tax returns per court order | | 3410-000 | | 500.00 | 59,914.54 |
| 12/31/10 | Int | The Bank of New York Mellon | Interest posting at 0.0300% | | 1270-000 | 1.52 | | 59,916.06 |
| 01/31/11 | Int | The Bank of New York Mellon | Interest posting at 0.0300% | | 1270-000 | 1.52 | | 59,917.58 |

Subtotals :   $60,417.58   $500.00

{} Asset reference(s)   Printed: 12/24/2011 11:29 AM   V.12.57

Exhibit 9

# Form 2

Page: 2

## Cash Receipts And Disbursements Record

**Case Number:** 10-03672  
**Case Name:** KIES, DONALD E, SR.  
KIES, LAURA A  
**Taxpayer ID #:** **-***4349  
**Period Ending:** 12/24/11

**Trustee:** MICHAEL G. BERLAND (520196)  
**Bank Name:** The Bank of New York Mellon  
**Account:** 9200-******19-65 - Money Market Account  
**Blanket Bond:** $5,000,000.00  (per case limit)  
**Separate Bond:** N/A

| 1 Trans. Date | 2 {Ref #} / Check # | 3 Paid To / Received From | 4 Description of Transaction | T-Code | 5 Receipts $ | 6 Disbursements $ | 7 Money Market Account Balance |
|---|---|---|---|---|---|---|---|
| 02/28/11 | Int | The Bank of New York Mellon | Interest posting at  0.0300% | 1270-000 | 1.37 | | 59,918.95 |
| 03/31/11 | Int | The Bank of New York Mellon | Interest posting at  0.0300% | 1270-000 | 1.52 | | 59,920.47 |
| 04/29/11 | Int | The Bank of New York Mellon | Interest posting at  0.0300% | 1270-000 | 1.47 | | 59,921.94 |
| 05/31/11 | Int | The Bank of New York Mellon | Interest posting at  0.0300% | 1270-000 | 1.52 | | 59,923.46 |
| 06/30/11 | Int | The Bank of New York Mellon | Interest posting at  0.0100% | 1270-000 | 0.49 | | 59,923.95 |
| 07/29/11 | Int | The Bank of New York Mellon | Interest posting at  0.0100% | 1270-000 | 0.50 | | 59,924.45 |
| 08/15/11 | Int | The Bank of New York Mellon | Current Interest Rate is  0.0100% | 1270-000 | 0.22 | | 59,924.67 |
| 08/15/11 | | To Account #9200******1966 | Transfer for purpose of final distibiution | 9999-000 | | 59,924.67 | 0.00 |
| | | | **ACCOUNT TOTALS** | | 60,424.67 | 60,424.67 | $0.00 |
| | | | Less: Bank Transfers | | 0.00 | 59,924.67 | |
| | | | **Subtotal** | | 60,424.67 | 500.00 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | **$60,424.67** | **$500.00** | |

{} Asset reference(s)

Printed: 12/24/2011 11:29 AM    V.12.57

Exhibit 9

# FORM 2

Page: 3

## Cash Receipts And Disbursements Record

**Case Number:** 10-03672  
**Case Name:** KIES, DONALD E, SR.  
KIES, LAURA A  
**Taxpayer ID #:** **-***4349  
**Period Ending:** 12/24/11

**Trustee:** MICHAEL G. BERLAND (520196)  
**Bank Name:** The Bank of New York Mellon  
**Account:** 9200-******19-66 - Checking Account  
**Blanket Bond:** $5,000,000.00   (per case limit)  
**Separate Bond:** N/A

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 08/15/11 | | From Account #9200******1965 | Transfer for purpose of final distibiution | 9999-000 | 59,924.67 | | 59,924.67 |
| 08/24/11 | 101 | MICHAEL G. BERLAND | Dividend paid 100.00% on $95.80, Trustee Expenses;  Reference: | 2200-000 | | 95.80 | 59,828.87 |
| 08/24/11 | 102 | MICHAEL G. BERLAND | Dividend paid 100.00% on $5,956.51, Trustee Compensation;  Reference: | 2100-000 | | 5,956.51 | 53,872.36 |
| 08/24/11 | 103 | PYOD LLC iasignee of Citibank c/o resurgent Capital | Dividend paid 100.00% on $10,852.87; Claim# 1; Filed: $10,852.87; Reference: | 7100-000 | | 10,852.87 | 43,019.49 |
| 08/24/11 | 104 | PYOD LLC assignee of citibank c/o Resurgent Capital | Dividend paid 100.00% on $722.38; Claim# 2; Filed: $722.38; Reference: | 7100-000 | | 722.38 | 42,297.11 |
| 08/24/11 | 105 | Chase Bank USA,N.A c/o Creditors Bankruptcy Service | Dividend paid 100.00% on $754.61; Claim# 3; Filed: $754.61; Reference: | 7100-000 | | 754.61 | 41,542.50 |
| 08/24/11 | 106 | American Infosource Lp As Agent for Citibank (South Dakota) | Dividend paid 100.00% on $12,918.27; Claim# 4; Filed: $12,918.27; Reference: | 7100-000 | | 12,918.27 | 28,624.23 |
| 08/24/11 | 107 | Chase Bank USA, N.A. | Dividend paid 100.00% on $545.71; Claim# 5; Filed: $545.71; Reference: | 7100-000 | | 545.71 | 28,078.52 |
| 08/24/11 | 108 | Us Dept Of Education Attn borrowers Service Dept | Dividend paid 100.00% on $7,972.79; Claim# 7; Filed: $7,972.79; Reference: | 7100-000 | | 7,972.79 | 20,105.73 |
| 08/24/11 | 109 | GE Money Bank dba JCPENNEY CREDIT SERVICES | Dividend paid 100.00% on $544.05; Claim# 8; Filed: $544.05; Reference: | 7100-000 | | 544.05 | 19,561.68 |
| 08/24/11 | 110 | PYOD LLC iasignee of Citibank c/o resurgent Capital | Dividend paid 100.00% on $52.72; Claim# 1I; Filed: $52.72; Reference: | 7990-000 | | 52.72 | 19,508.96 |
| 08/24/11 | 111 | PYOD LLC assignee of citibank c/o Resurgent Capital | Dividend paid 100.00% on $3.51; Claim# 2I; Filed: $3.51; Reference: | 7990-000 | | 3.51 | 19,505.45 |
| 08/24/11 | 112 | Chase Bank USA,N.A c/o Creditors Bankruptcy Service | Dividend paid 100.00% on $3.67; Claim# 3I; Filed: $3.67; Reference: | 7990-000 | | 3.67 | 19,501.78 |
| 08/24/11 | 113 | American Infosource Lp As Agent for Citibank (South Dakota) | Dividend paid 100.00% on $62.76; Claim# 4I; Filed: $62.76; Reference: | 7990-000 | | 62.76 | 19,439.02 |
| 08/24/11 | 114 | Chase Bank USA, N.A. | Dividend paid 100.00% on $2.65; Claim# 5I; Filed: $2.65; Reference: | 7990-000 | | 2.65 | 19,436.37 |
| 08/24/11 | 115 | Us Dept Of Education Attn borrowers Service Dept | Dividend paid 100.00% on $38.73; Claim# 7I; Filed: $38.73; Reference: | 7990-000 | | 38.73 | 19,397.64 |
| 08/24/11 | 116 | GE Money Bank dba JCPENNEY CREDIT SERVICES | Dividend paid 100.00% on $2.64; Claim# 8I; Filed: $2.64; Reference: | 7990-000 | | 2.64 | 19,395.00 |
| 08/24/11 | 117 | KIES, DONALD E, SR. | Dividend paid 100.00% on $19,395.00; Claim# SURPLUS; Filed: $19,395.00; Reference: | 8200-000 | | 19,395.00 | 0.00 |

Subtotals :        $59,924.67        $59,924.67

{} Asset reference(s)                                                             Printed: 12/24/2011 11:29 AM    V.12.57

Exhibit 9

# Form 2

## Cash Receipts And Disbursements Record

Page: 4

**Case Number:** 10-03672  
**Case Name:** KIES, DONALD E, SR.  
KIES, LAURA A  
**Taxpayer ID #:** **-***4349  
**Period Ending:** 12/24/11

**Trustee:** MICHAEL G. BERLAND (520196)  
**Bank Name:** The Bank of New York Mellon  
**Account:** 9200-******19-66 - Checking Account  
**Blanket Bond:** $5,000,000.00  (per case limit)  
**Separate Bond:** N/A

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| | | | ACCOUNT TOTALS | | 59,924.67 | 59,924.67 | $0.00 |
| | | | Less: Bank Transfers | | 59,924.67 | 0.00 | |
| | | | Subtotal | | 0.00 | 59,924.67 | |
| | | | Less: Payments to Debtors | | | 19,395.00 | |
| | | | NET Receipts / Disbursements | | $0.00 | $40,529.67 | |

Net Receipts :        60,424.67  
Plus Gross Adjustments :   13,100.48  
―――――――  
Net Estate :         $73,525.15

| TOTAL - ALL ACCOUNTS | Net<br>Receipts | Net<br>Disbursements | Account<br>Balances |
|---|---|---|---|
| **MMA # 9200-******19-65** | 60,424.67 | 500.00 | 0.00 |
| **Checking # 9200-******19-66** | 0.00 | 40,529.67 | 0.00 |
| | $60,424.67 | $41,029.67 | $0.00 |